

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-15-00224-CR

Julio Alejandro **ZUNIGA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936-W1
Honorable Raymond Angelini, Judge Presiding

## O R D E R

On October 14, 2014, the trial court imposed on Julio Zuniga in open court a sentence of fifteen years' confinement in the Texas Department of Criminal Justice—Institutional Division. On April 9, 2015, Appellant filed a notice of appeal with the trial court, but neither Appellant nor the trial court clerk timely filed a notice of appeal, docketing statement, certification of defendant's right of appeal, clerk's record, or reporter's record with this court. On April 17, 2015, Appellant filed a notice of appeal and docketing statement with this court. On May 1, 2015, Appellant filed a motion to consolidate cause number 04-15-00224-CR and 04-15-00245-CR.

Therefore, we ORDER Appellant to SHOW CAUSE in writing within ten days of the date of this order why either of these appeals should not be dismissed for want of jurisdiction. If Appellant fails to show cause within the time provided, the appeals will be dismissed. *See* TEX. R. APP. P. 43.2(f).

All other appellate deadlines in this matter are suspended until further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court